DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

JACQUEAVEION DAVIS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-2823

_____

March 13, 2026

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Pinellas County; Pat Siracusa, Judge.

Jacqueaveion Davis, pro se.

PER CURIAM.

       We reverse the order summarily denying the motion filed under Florida Rule of Criminal Procedure 3.853 and remand for the postconviction court to enter an order dismissing the motion as unauthorized.  *See Davis v. State*, 421 So. 3d 876, 876 (Fla. 2d DCA 2025) (holding that the postconviction court should have dismissed the appellant's rule 3.853 motion as unauthorized "because section 925.11(1)(a)1, Florida Statutes (2020), does not authorize postconviction DNA testing for defendants who have pled guilty or nolo contendere to felony offenses").

Reversed and remanded with instructions.

VILLANTI, MORRIS, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.